No. 84–1089.  NOVICKY *v.* SYNTEX OPHTHALMICS, INC., ET AL. C. A. Fed. Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Marrese* v. *American Academy of Orthopaedic Surgeons, ante,* p. 373.

(See No. 84–690, *ante,* p. 522.)

No. — – ——.  LIFE FOR GOD'S STRAY ANIMALS, INC., ET AL. *v.* NEW NORTH ROCKDALE COUNTY HOMEOWNERS ASSN., INC., ET AL.  Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. D–478.  IN RE DISBARMENT OF HAILEY.  It is ordered that Anna Cotton Hailey, of Elwood, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–482.  IN RE DISBARMENT OF BRUNWIN.  It is ordered that Thomas Miles Brunwin, of Arcadia, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–483.  IN RE DISBARMENT OF BOND.  It is ordered that Clifford Jackson Bond III, of Winston-Salem, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–1925.  HILLSBOROUGH COUNTY, FLORIDA, ET AL. *v.* AUTOMATED MEDICAL LABORATORIES, INC.  C. A. 11th Cir. [Probable jurisdiction noted, 469 U. S. 1156.]  Motion of American Blood Resources Association for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.